**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| BUNKER HILL TECHNOLOGIES, LLC, | CIVIL ACTION NO. 2:25-cv-1116 |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| FORD MOTOR COMPANY, | |
| Defendant. | |

## PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Bunker Hill Technologies, LLC files this Complaint against Defendant Ford Motor Company for infringement of U.S. Patent No. 7,960,857 ("the '857 Patent"), U.S. Patent No. 8,487,582 ("the '582 Patent"), U.S. Patent No. 9,809,121 ("the '121 Patent"), U.S. Patent No. 9,821,668 ("the '668 Patent"), U.S. Patent No. 9,914,365 ("the '365 Patent"), U.S. Patent No. 9,975,439 ("the '439 Patent"), U.S. Patent No. 10,442,296 ("the '296 Patent"), and U.S. Patent No. 10,604,023 ("the '023 Patent") (collectively, the "Asserted Patents").

## THE PARTIES

1.     Plaintiff Bunker Hill Technologies, LLC ("BHT") is a Texas limited liability company located in Allen, Texas.

2.     Defendant Ford Motor Company ("Ford") is a Delaware corporation with a regular and established place of business located at 5700 Granite Parkway, Suite 1000, Plano, Texas 75024. Ford may be served with process through its registered agent, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

3.      Ford has deep ties to Texas. Ford employs more than 400 workers in Texas. Ford further has over 240 dealerships located in Texas, over 4 million registered Ford vehicles in Texas, and over 150 Ford suppliers located in Texas.



*See* https://ophelia.sdsu.edu:8443/ford/06-27-2020/content/dam/corporate/en/company/government-relations/statepdfs/ford-texas-facts.pdf (December 2018); *see also* https://corporate.ford.com/microsites/built-for-america/pdfs/ford-UNITED-STATES-2021-facts.pdf (December 2020).

4.      Ford has an office that is located in this District: the U.S. Central Market Area Office, "the principal office of Ford in the State of Texas," where "the decision makers for [Ford] within this state conduct the daily affairs of the organization." *Ford Motor Co. v. Johnson*, 473 S.W.3d 925, 927 (Tex. App. 2015).

**Ford Motor Company**

5700 Granite Parkway Suite 1000
Plano, TX 75024

▢ VIEW WEBSITE
◎ VIEW ON MAP

*See* https://www.granitepark.com/directory/.

## JURISDICTION AND VENUE

5.      This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1, *et seq*., including, without limitation, 35 U.S.C. §§ 271, 281, 284, and 285. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

6.      This Court has specific and general personal jurisdiction over Ford consistent with the requirements of the Due Process Clause of the United States Constitution and the Texas Long Arm Statute because, among other things, it (i) has engaged in continuous, systematic, and substantial business in Texas, (ii) maintains a principal place of business in Texas and in this District, (iii) is registered to do business in Texas, and (iv) has committed and continues to commit, directly or through intermediaries (including subsidiaries, agents, distributors, affiliates, retailers, suppliers, integrators, customers, and others), acts of patent infringement in this State and this District. Such acts of infringement include making, using, testing, offering for sale, selling, and/or importing Accused Products (as more particularly identified and described throughout this Complaint) in this State and this District and/or inducing others to commit acts of patent infringement in this State and District. Indeed, Ford has purposefully and voluntarily placed, and are continuing to place, one or more Accused Products into the stream of commerce through established distribution channels (including the Internet) with the expectation and intent that such

products will be sold to and purchased by consumers in the United States, this State, and this District; and with the knowledge and expectation that such products (whether in standalone form or as integrated in downstream products) will be imported into the United States, this State, and this District.

7.      In addition, Ford has derived substantial revenues from their infringing acts occurring within this State and this District. Ford has substantial business in this State and this District, including (i) at least part of its infringing activities alleged herein and (ii) regularly doing or soliciting business, engaging in other persistent conduct, and/or deriving substantial revenue from infringing goods offered for sale, sold, and imported, and services provided to Texas residents vicariously through and/or in concert with its agents, intermediaries, distributors, importers, customers, subsidiaries, and/or consumers.

8.      In addition, Ford has knowingly induced, and continues to knowingly induce, infringements within this State and this District by advertising, marketing, offering for sale and/or selling Accused Products (as more particularly identified and described throughout this Complaint) that incorporate the fundamental technologies covered by the Asserted Patents. Such advertising, marketing, offering for sale and/or selling of Accused Products is directed to consumers, customers, manufacturers, integrators, suppliers, distributors, resellers, partners, and/or end users, and this includes providing instructions, user manuals, advertising, and/or marketing materials that facilitate, direct and encourage use of infringing functionality with Ford's knowledge thereof.

9.      Ford has, in the multitude of ways described above, availed itself of the benefits and privileges of conducting business in this State and willingly subjected itself to the exercise of this Court's personal jurisdiction over them. Ford also has sufficient minimum contacts with this forum through their transaction of substantial business in this State and this District and their

commission of acts of patent infringement as alleged in this Complaint that are purposefully directed towards this State and District.

10.    Venue is proper in this District under 28 U.S.C. §§ 1391 and 1400(b) because, among other things, (i) Ford is subject to personal jurisdiction in this District, (ii) Ford has committed acts of patent infringement in this District, and (iii) Ford has at least one regular and established place of business in this District, including at 5700 Granite Parkway, Suite 1000, Plano, Texas 75024.

**THE ASSERTED PATENTS AND TECHNOLOGY**

11.    BHT is the sole and exclusive owner of all right, title, and interest in the Asserted Patents and holds the exclusive right to take all actions necessary to enforce its rights in, and to, the Asserted Patents, including the filing of this patent infringement lawsuit. Indeed, BHT owns all substantial rights in the Asserted Patents, including the right to exclude others and to recover damages for all past, present, and future infringements.

12.    The '857 Patent is entitled, "System and method for vehicle based uninterruptable power supply." The '857 Patent lawfully issued on June 14, 2011 and stems from U.S. Patent Application No. 12/326,189, which was filed on December 2, 2008.

13.    The '582 Patent is entitled, "Apparatus for transferring energy using onboard power electronics and method of manufacturing same." The '582 Patent lawfully issued on July 16, 2013 and stems from U.S. Patent Application No. 13/099,053, which was filed on May 2, 2011.

14.    The '121 Patent is entitled, "Apparatus for energy transfer using converter and method of manufacturing same." The '121 Patent lawfully issued on November 7, 2017 and stems from U.S. Patent Application No. 15/343,493, which was filed on November 4, 2016.

15.     The '668 Patent is entitled, "Method and apparatus for charging multiple energy storage devices." The '668 Patent lawfully issued on November 21, 2017 and stems from U.S. Patent Application No. 14/656,782, which was filed on March 13, 2015.

16.     The '365 Patent is entitled, "Apparatus and method for rapid charging using shared power electronics." The '365 Patent lawfully issued on March 13, 2018 and stems from U.S. Patent Application No. 15/265,404, which was filed on September 14, 2016.

17.     The '439 Patent is entitled, "Apparatus for energy transfer using converter and method of manufacturing same." The '439 Patent lawfully issued on May 22, 2018 and stems from U.S. Patent Application No. 15/697,948, which was filed on September 7, 2017.

18.     The '296 Patent is entitled, "Vehicle propulsion system with multi-channel DC bus and method of manufacturing same." The '296 Patent lawfully issued on October 15, 2019 and stems from U.S. Patent Application No. 15/799,045, which was filed on October 31, 2017.

19.     The '023 Patent is entitled, "Apparatus for energy transfer using converter and method of manufacturing same." The '023 Patent lawfully issued on March 31, 2020 and stems from U.S. Patent Application No. 15/945,168, which was filed on April 4, 2018.

20.     The claims of the Asserted Patents are directed to patent-eligible subject matter under 35 U.S.C. § 101. They are not directed to an abstract idea, and the technologies covered by the claims comprise systems and/or ordered combinations of features and functions that, at the time of invention, were not, alone or in combination, well-understood, routine, or conventional.

## DEFENDANT'S PRE-SUIT KNOWLEDGE OF ITS INFRINGEMENT

21.     Prior to filing this Complaint, Ford was put on notice of its infringements of the Asserted Patents by way of communication with BHT's licensing agent regarding a potential license to BHT assets beginning as early as November 20, 2024.

22.     During ongoing discussions regarding a potential license, BHT's licensing agent sent an email on March 3, 2025 along with a presentation on BHT's patent portfolio that notified Ford of the existence of the '121 Patent, the '668 Patent, the '439 Patent, and the '023 Patent.

23.     On March 5, 2025, an updated BHT asset list that included the '857 Patent, the '582 Patent, the '365 Patent, and the '296 Patent was added to a data room previously made available to Ford and Ford downloaded the updated asset list that included all Asserted Patents on September 4, 2025 by an IP address located in Livonia, MI and again on September 11, 2025 by an IP address located in Farmington Hills, MI.

24.     On June 20, 2025, BHT's licensing agent sent an email to Ford notifying of claim charts available in the data room that identified Ford infringing products and demonstrated Ford's infringement of the '857 Patent, the '582 Patent, the '121 Patent, the '668 Patent, the '439 Patent, and the '023 Patent. These claim charts were downloaded by Ford on June 26, 2025 by an IP address located in Westland, MI and again by Ford on September 4, 2025 by an IP address located in Livonia, MI.

25.     On June 26, 2025, BHT's licensing agent sent an email to Ford notifying of additional claim charts available in the data room that identified Ford infringing products and demonstrated Ford's infringement of the '296 Patent. This claim chart was downloaded by Ford on June 26, 2025 by an IP address located in Westland, MI and again by Ford on September 4, 2025 by an IP address located in Livonia, MI.

26.     On October 22, 2025, BHT's licensing agent sent via email to Ford a claim chart for the '365 Patent identifying Ford infringing products and demonstrating Ford's infringement of the '365 Patent. The October 22, 2025 email further provided a summary table that included all Asserted Patents and multiple exemplary infringing vehicles for each Asserted Patent.

27. The accused products addressed in the Counts below include, but are not limited to, products identified in BHT's letter to Ford. Ford's past and continuing sales of the accused products (i) willfully infringe the Asserted Patents, and (ii) impermissibly usurp the significant benefits of BHT's patented technologies without fair compensation.

28. To the extent necessary, BHT has complied with the requirements of 35 U.S.C. § 287, such that BHT may recover pre-suit damages.

## <u>COUNT I</u>
### (INFRINGEMENT OF U.S. PATENT NO. 7,960,857)

29. BHT incorporates the preceding paragraphs herein by reference.

30. This cause of action arises under the patent laws of the United States, and, in particular, 35 U.S.C. §§ 271, *et seq*.

31. BHT is the owner of all substantial rights, title, and interest in and to the '857 Patent, including the right to exclude others and to enforce, sue, and recover damages for past, present, and future infringements.

32. The '857 Patent is valid, enforceable, and was duly and legally issued by the United States Patent and Trademark Office on June 14, 2011, after full and fair examination.

### *Direct Infringement (35 U.S.C. § 271(a))*

33. Ford directly infringes one or more claims of the '857 Patent in this District and elsewhere in Texas and the United States.

34. Ford directly infringes, either by itself or via its agent(s), at least claim 1 of the '857 Patent as set forth under 35 U.S.C. § 271(a) by making, using, selling, offering to sell, and/or importing Ford and Lincoln branded electric vehicles that incorporate the fundamental technologies covered by the '857 Patent, including, but not limited to, Ford and Lincoln branded

vehicles (e.g., the 2025 Ford F-150 Lightning) equipped with electric and/or hybrid-electric powertrain systems with AC power outlets (collectively, "the '857 Accused Products").

35.    By way of illustration only, Ford's '857 Accused Products comprise each and every element of claim 1 of the '857 Patent. The '857 Accused Products comprise "[a] vehicle-based uninterruptable power supply (UPS) system." For example, the '857 Accused Products, including the 2025 Ford F-150 Lightning, include a vehicle-based uninterruptable power supply.



Source: https://www.ford.com/trucks/f150-lightning/

## WHAT IS THE ONBOARD GENERATOR

The vehicle functions as a portable generator and can power devices that require up to the rating listed on the power outlet label.

**LOCATING THE OUTLETS - BATTERY ELECTRIC VEHICLE**

The power outlets are in the cabin, bed, and frunk of the vehicle.

Source:
https://www.fordservicecontent.com/Ford_Content/Catalog/owner_information/2025_Ford_F150_Lightning_OM_ENG_v1.pdf

36.     The '857 Accused Products comprise a vehicle-based uninterruptable power supply (UPS) system comprising "an energy storage system located on-board a vehicle, the energy storage system configured to provide electric power for at least one of driving an electric motor of the vehicle and powering auxiliary devices of the vehicle and to also generate DC power transferable to an external load." For example, the '857 Accused Products include a high voltage battery, (i.e., an energy storage system located on-board a vehicle) that provides electric power for driving the electric motor(s), powering auxiliary devices, and generating DC power transferable to an AC power outlet on-board the vehicle for powering external devices (i.e., external load).

**WHAT IS THE HIGH VOLTAGE BATTERY**

The high voltage battery is a highly sophisticated lithium ion battery system, used to store electrified energy to power your vehicle.

Depending on the model, F-150® Lightning® trucks offer up to 320 miles of EPA-estimated battery range to help you power through average days and unexpected detours.*

## WHAT IS THE ONBOARD GENERATOR

The vehicle functions as a portable generator and can power devices that require up to the rating listed on the power outlet label.

Source:
https://www.fordservicecontent.com/Ford_Content/Catalog/owner_information/2025_Ford_F150_Lightning_OM_ENG_v1.pdf

37.     The '857 Accused Products comprise a vehicle-based uninterruptable power supply (UPS) system comprising "an DC-AC inverter connected to the on-board energy storage system to receive the DC power therefrom and invert the DC power to an AC power useable by the external load." For example, the '857 Accused Products include a DC-AC inverter connected to the high voltage battery to receive the DC power and invert the DC power to AC power usable by external devices.

## Neutral Bonded

The neutral of the inverter generator is bonded to system ground. Connecting loads that also have neutral bonded to ground causes the ground fault detection to trip.

Source:
https://www.fordservicecontent.com/Ford_Content/Catalog/owner_information/2025_Ford_F15
0_Lightning_OM_ENG_v1.pdf

38.    The '857 Accused Products comprise a vehicle-based uninterruptable power supply (UPS) system comprising "a charging device located on-board the vehicle and connected to the on-board energy storage system to provide a recharging power thereto." For example, the '857 Accused Products charge its high voltage battery through regenerative braking (i.e., a charging device located on-board the vehicle and connected to the on-board energy storage system to provide a recharging power).

> When slowing down by lifting your foot off the accelerator pedal or pressing the brake, the power gauge displays the amount of power the regenerative braking system captures and returns to the high voltage battery.

> **Note:** *While regenerative braking works in all drive modes,* brake coach display may not be available in all drive modes.

Source:
https://www.fordservicecontent.com/Ford_Content/Catalog/owner_information/2025_Ford_F15
0_Lightning_OM_ENG_v1.pdf

39.    The '857 Accused Products comprise a vehicle-based uninterruptable power supply (UPS) system comprising "a control system configured to: cause the energy storage system to provide power transferable to the external load by way of the DC-AC inverter." For example, the '857 Accused Products include a control system configured to cause the high voltage battery to provide power to an external device via the DC-AC inverter.

## WHAT IS THE HIGH VOLTAGE BATTERY

The high voltage battery is a highly sophisticated lithium ion battery system, used to store electrified energy to power your vehicle.

## DC Charger with NACS Connectors

The adapter plug is a NACS to CCS1 adapter that enables CCS1 vehicles within the North American Charging Standard (NACS) Alliance to access other DC chargers with NACS stations. Access to DC

When AC charging keep your vehicle plugged in when the outside temperatures are very high or low. This enables the system to maintain the high voltage battery for best performance.

## WHAT IS THE ONBOARD GENERATOR

The vehicle functions as a portable generator and can power devices that require up to the rating listed on the power outlet label.

## LOCATING THE OUTLETS - BATTERY ELECTRIC VEHICLE

The power outlets are in the cabin, bed, and frunk of the vehicle.

## Neutral Bonded

The neutral of the inverter generator is bonded to system ground. Connecting loads that also have neutral bonded to ground causes the ground fault detection to trip.



Source:
https://www.fordservicecontent.com/Ford_Content/Catalog/owner_information/2025_Ford_F150_Lightning_OM_ENG_v1.pdf



Source: https://cars.usnews.com/cars-trucks/ford/f-150-lightning/photos-interior?img_name=2025-ford-f-150-lightning-audio-system-custom

40.    The '857 Accused Products comprise a control system configured to "determine one of a state-of-charge (SOC) and a voltage of the energy storage system while the energy storage system is providing power to the external load." For example, the '857 Accused Products' control system determines a state-of-charge and/or voltage of the high voltage battery while the high voltage battery is providing power to an external device as shown by the state of charge display and the power mode indicator when the external device is in use.

# HIGH VOLTAGE BATTERY GAUGE

Displays the high voltage battery state of charge. A full, or 100%, charge represents the total amount of energy you can get from plugging your vehicle in.

**Power Mode Indicator**



The power mode indicator on the touchscreen displays the power currently being used and the total amount of power available. When you switch the power outlets off, the indicator displays a reduced available power level. When you switch the power outlets on, the indicator displays the full available power.

Source: https://www.fordservicecontent.com/Ford_Content/Catalog/owner_information/2025_Ford_F150_Lightning_OM_ENG_v1.pdf

41.    The '857 Accused Products comprise a control system configured to "selectively operate the charging device to provide the recharging power to the energy storage system to maintain the one of the SOC and the voltage of the energy storage system within a pre-determined range while still providing power to the external load, such that the energy storage system provides

uninterruptable power to the external load." For example, the '857 Accused Products control system charges its high voltage battery through regenerative braking (i.e., a charging device). While the vehicle is in use, power will be provided to the AC power outlet while also recharging the high voltage battery using regenerative braking.

When slowing down by lifting your foot off the accelerator pedal or pressing the brake, the power gauge displays the amount of power the regenerative braking system captures and returns to the high voltage battery.

**Note:** *While regenerative braking works in all drive modes, brake coach display may not be available in all drive modes.*

Source:
https://www.fordservicecontent.com/Ford_Content/Catalog/owner_information/2025_Ford_F150_Lightning_OM_ENG_v1.pdf

***Indirect Infringement (Inducement – 35 U.S.C. § 271(b))***

42.    In addition and/or in the alternative to the direct infringements, Ford indirectly infringes one or more claims of the '857 Patent by knowingly and intentionally inducing others, including its customers and/or other end users, to directly infringe the '857 Patent (e.g., by charging or otherwise using '857 Accused Products).

43.    At a minimum, Ford has had knowledge of the '857 Patent at least since service of this Complaint. Ford also has knowledge of the '857 Patent since receiving detailed correspondence from BHT prior to the filing of the Complaint, alerting Ford to its infringements. Since receiving notice of its infringements, Ford has actively induced, and continues to actively induce, the direct infringements of its customers and/or other end users (e.g., as illustrated above)

as set forth under U.S.C. § 271(b). Such inducements have been committed with the knowledge, or with willful blindness to the fact, that the acts induced constitute infringement of the '857 Patent. Indeed, Ford has intended to cause, continues to intend to cause, and has taken, and continues to take, affirmative steps to induce infringement by, among other things, creating and disseminating advertisements and instructive materials that promote the infringing use of the Accused Products, including marketing materials, user manuals (e.g., those available via https://www.ford.com/support/owner-manuals/), and online instructional materials (e.g., those available via https://www.youtube.com/user/ford) that specifically teach and encourage customers and other end users to use the '857 Accused Products in an infringing manner, including by providing instructions on how to charge '857 Accused Products. By providing such instructions and support, Ford knows (and has known), or should know (and should have known), that its actions have actively induced, and continue to actively induce, infringement of the '857 Patent.

***Damages***

44.    BHT has been damaged as a result of Ford's infringing conduct described in this Count. Ford is, thus, liable to BHT in an amount that adequately compensates it for Ford's infringements, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

45.    Despite having knowledge of the '857 Patent and knowledge that it directly and/or indirectly infringes one or more claims of the '857 Patent, Ford has nevertheless continued its infringing conduct and disregarded an objectively high likelihood of infringement. Ford's infringing activities relative to the '857 Patent have, thus, been, and continue to be, willful, wanton, and deliberate in disregard of BHT's rights with respect to the '857 Patent, justifying enhanced damages under 35 U.S.C. § 284.

## COUNT II

### (INFRINGEMENT OF U.S. PATENT NO. 8,487,582)

46.     BHT incorporates the preceding paragraphs herein by reference.

47.     This cause of action arises under the patent laws of the United States, and, in particular, 35 U.S.C. §§ 271, *et seq*.

48.     BHT is the owner of all substantial rights, title, and interest in and to the '582 Patent, including the right to exclude others and to enforce, sue, and recover damages for past, present, and future infringements.

49.     The '582 Patent is valid, enforceable, and was duly and legally issued by the United States Patent and Trademark Office on July 16, 2013, after full and fair examination.

***Direct Infringement (35 U.S.C. § 271(a))***

50.     Ford directly infringes one or more claims of the '582 Patent in this District and elsewhere in Texas and the United States.

51.     Ford directly infringes, either by itself or via its agent(s), at least claim 1 of the '582 Patent as set forth under 35 U.S.C. § 271(a) by making, using, selling, offering to sell, and/or importing Ford and Lincoln branded electric vehicles that incorporate the fundamental technologies covered by the '582 Patent, including, but not limited to, Ford and Lincoln branded vehicles (e.g., the 2025 Ford Mustang Mach-E) equipped with electric and/or hybrid-electric powertrain systems with AC power outlets (collectively, "the '582 Accused Products").

52.     By way of illustration only, Ford's '582 Accused Products comprise each and every element of claim 1 of the '582 Patent. The '582 Accused Products comprise "[a]n apparatus comprising: an energy storage device configured to output a DC voltage." For example, the '582

Accused Products, including the 2025 Ford Mustang Mach-E, are vehicles that include a high-voltage battery (i.e., an energy storage device) which outputs DC voltage.



Source: https://www.ford.com/suvs/mach-e/

**WHAT IS THE HIGH VOLTAGE BATTERY**

The high voltage battery is a highly sophisticated lithium ion battery system, used to store electrified energy to power your vehicle.

Source: https://www.fordservicecontent.com/Ford_Content/Catalog/owner_information/2025_CX727_MachE_Owner_Manual_ENG_v1.pdf



Source: https://shop.ford.com/configure/mach-e/config/paint/Config%5B%7CFord%7CMache%7C2025%7C1%7C1.%7C100A.K1R..PG1...~DBAAA_VS-KX.RWD.18D.SEL.%5D?intcmp=vhp-seconNav-fbc



Source: https://ieeexplore.ieee.org/document/10215092

53. The '582 Accused Products comprise an apparatus comprising "a bi-directional voltage modification assembly coupled to the energy storage device." For example, the '582

Accused Products include bi-directional voltage converter assembly (i.e., a bi-directional voltage modification assembly) coupled to the high voltage battery.





Source:
https://www.ford.com/product/parts?partNumber=PJ9Z10B689C&sectionId=1286443239



Source: https://ieeexplore.ieee.org/document/10215092

Alternatively, "a bi-directional voltage modification assembly" is contained in the vehicle's AC charging subsystem thereby enabling bi-directional power flow from the vehicle and the AC power source.



Source: https://ieeexplore.ieee.org/document/10215092; *see also, e.g.*, https://www.ford.com/support/how-tos/electric-vehicles/home-charging/what-is-ford-home-backup-power/ ("Home Backup Power can automatically activate to power your home")

54.    The '582 Accused Products comprise an apparatus comprising "a charge bus coupled to the energy storage device and to the bi-directional voltage modification assembly, the charge bus coupleable to a high-impedance voltage source." For example, the '582 Accused Products include a high voltage DC bus (i.e., a charge bus) coupled to the high voltage battery (i.e., energy storage device) and the bi-directional voltage modification assembly discussed above. The high voltage DC bus is further coupleable to a high-impedance voltage source, e.g., a 120V or 240V AC outlet.



Source: https://ieeexplore.ieee.org/document/10215092

## Home or On-the-Go: Ford Mobile Power Cord

If you have an average commute, charge overnight with the 240V charger. You can also charge anywhere there's a standard outlet with the 120V option.

- Two plug options (120V or 240V)
- 11.7 hours to charge from 0–100% with 240V plug, RWD, and standard-range battery
- 22.2 miles charged per hour with 240V plug, RWD, and standard-range battery
- 20' cable and charge coupler

Source: https://www.ford.com/suvs/mach-e/electric/

**AC CHARGING**

**CHARGING AT HOME**

 AC charging preserves the health of the high voltage battery for longer high voltage battery life.

6. Plug the charge coupler into the charge port receptacle on your vehicle.

Source:
https://www.fordservicecontent.com/Ford_Content/Catalog/owner_information/2025_CX727_MachE_Owner_Manual_ENG_v1.pdf

55.    The '582 Accused Products comprise an apparatus comprising "a controller configured to: monitor a transfer of charging energy supplied from the high-impedance voltage source to the energy storage device; and modify one of a voltage and a current of the charging energy supplied to the energy storage device based on the monitored transfer of charging energy." For example, the '582 Accused Products include a Drive Motor Battery Pack Control Module (i.e., a controller) which monitors and the transfer of energy to the battery. For example, when the battery reaches full charge (i.e., the voltage of the battery reaches a threshold value indicating a full charge), the controller modifies the voltage and current supplied to the battery to zero to stop charging the battery and prevent overcharging the battery. For example, during charging, the controller modifies the voltage of the charging energy by increasing the voltage incrementally as the battery's voltage reaches incremental thresholds (e.g., battery at 300V will be charged at 302V; battery at 302V will be charged at 304V, etc.).



Source: https://parts.lakelandford.com/p/Ford_2025_Mustang-Mach-E/Drive-Motor-Battery-Pack-Control-Module/120919947/LJ9Z14G672E.html



Source: https://www.fordservicecontent.com/Ford_Content/Catalog/owner_information/2025_CX727_MachE_Owner_Manual_ENG_v1.pdf

***Indirect Infringement (Inducement – 35 U.S.C. § 271(b))***

56.    In addition and/or in the alternative to the direct infringements, Ford indirectly infringes one or more claims of the '582 Patent by knowingly and intentionally inducing others, including its customers and/or other end users, to directly infringe the '582 Patent (e.g., by charging or otherwise using '582 Accused Products).

57.    At a minimum, Ford has had knowledge of the '582 Patent at least since service of this Complaint. Ford also has knowledge of the '582 Patent since receiving detailed

correspondence from BHT prior to the filing of the Complaint, alerting Ford to its infringements. Since receiving notice of its infringements, Ford has actively induced, and continues to actively induce, the direct infringements of its customers and/or other end users (e.g., as illustrated above) as set forth under U.S.C. § 271(b). Such inducements have been committed with the knowledge, or with willful blindness to the fact, that the acts induced constitute infringement of the '582 Patent. Indeed, Ford has intended to cause, continues to intend to cause, and has taken, and continues to take, affirmative steps to induce infringement by, among other things, creating and disseminating advertisements and instructive materials that promote the infringing use of the Accused Products, including marketing materials, user manuals (e.g., those available via https://www.ford.com/support/owner-manuals/), and online instructional materials (e.g., those available via https://www.youtube.com/user/ford) that specifically teach and encourage customers and other end users to use the '582 Accused Products in an infringing manner, including by providing instructions on how to charge '582 Accused Products. By providing such instructions and support, Ford knows (and has known), or should know (and should have known), that its actions have actively induced, and continue to actively induce, infringement of the '582 Patent.

***Damages***

58.    BHT has been damaged as a result of Ford's infringing conduct described in this Count. Ford is, thus, liable to BHT in an amount that adequately compensates it for Ford's infringements, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

59.    Despite having knowledge of the '582 Patent and knowledge that it directly and/or indirectly infringes one or more claims of the '582 Patent, Ford has nevertheless continued its infringing conduct and disregarded an objectively high likelihood of infringement. Ford's

infringing activities relative to the '582 Patent have, thus, been, and continue to be, willful, wanton, and deliberate in disregard of BHT's rights with respect to the '582 Patent, justifying enhanced damages under 35 U.S.C. § 284.

### COUNT III

### (INFRINGEMENT OF U.S. PATENT NO. 9,809,121)

60.     BHT incorporates the preceding paragraphs herein by reference.

61.     This cause of action arises under the patent laws of the United States, and, in particular, 35 U.S.C. §§ 271, *et seq*.

62.     BHT is the owner of all substantial rights, title, and interest in and to the '121 Patent, including the right to exclude others and to enforce, sue, and recover damages for past, present, and future infringements.

63.     The '121 Patent is valid, enforceable, and was duly and legally issued by the United States Patent and Trademark Office on November 7, 2017, after full and fair examination.

***Direct Infringement (35 U.S.C. § 271(a))***

64.     Ford directly infringes one or more claims of the '121 Patent in this District and elsewhere in Texas and the United States.

65.     Ford directly infringes, either by itself or via its agent(s), at least claim 7 of the '121 Patent as set forth under 35 U.S.C. § 271(a) by making, using, selling, offering to sell, and/or importing Ford and Lincoln branded electric vehicles that incorporate the fundamental technologies covered by the '121 Patent, including, but not limited to, Ford and Lincoln branded vehicles (e.g., the 2025 Ford Mustang Mach-E) equipped with electric and/or hybrid-electric powertrain systems with DC Fast Charging capabilities (collectively, "the '121 Accused Products").

66.    By way of illustration only, Ford's '121 Accused Products comprise each and every element of claim 7 of the '121 Patent. The '121 Accused Products comprise "[a] vehicle comprising: an energy storage device." For example, the '121 Accused Products, including the 2025 Ford Mustang Mach-E, are vehicles that include a high voltage battery (i.e., an energy storage device).



Source: https://www.ford.com/suvs/mach-e/

Source: https://www.fordservicecontent.com/Ford_Content/Catalog/owner_information/2025_CX727_MachE_Owner_Manual_ENG_v1.pdf



Source: https://shop.ford.com/configure/mach-e/config/paint/Config%5B%7CFord%7CMache%7C2025%7C1%7C1.%7C100A.K1R..PG1...~DBAAA_VS-KX.RWD.18D.SEL.%5D?intcmp=vhp-seconNav-fbc

67.    The '121 Accused Products comprise a vehicle comprising "a connection system coupleable to an external charging source and configured to utilize a first connection and a second connection." For example, the '121 Accused Products include a connection system coupleable to an external charging source and configured to use a first connection (e.g., a DC charging input) and a second connection (e.g., an AC charging input).








Source:
https://www.fordservicecontent.com/Ford_Content/Catalog/owner_information/2025_CX727_MachE_Owner_Manual_ENG_v1.pdf

68.     The '121 Accused Products comprise a connection system configured to "provide an input voltage to charge the energy storage device at a first charging rate when the energy storage device is coupled to the first connection." For example, the '121 Accused Products utilize a DC charging subsystem couplable to the DC charging input which has its own input voltage and charging rate to charge the high voltage battery.

---

## 2025 Ford Mustang Mach-E Charge Times & Range

The 2025 Ford Mustang Mach-E offers two battery options: a Standard Range 75.7 kWh battery and an Extended Range 98.8 kWh battery. The Standard Range model provides an EPA-estimated range of approximately 273 miles, while the Extended Range rear-wheel-drive version can achieve up to 372 miles on a full charge.

Charging times vary based on the battery and charging method. Using a 240V Level 2 home charger, the Standard Range battery can be fully charged in about 11 hours, and the Extended Range battery in approximately 14 hours.

For quicker charging, the Mustang Mach-E supports DC fast charging. The Standard Range battery can charge from 10% to 80% in around 38 minutes at a maximum rate of 115 kW, while the Extended Range battery can achieve the same charge level in about 43 minutes with a peak charging power of 150 kW.

---

Source: https://www.jimburkeford.com/ford-mustang-mach-e-charge-times-and-range-research/

69.    The '121 Accused Products comprise a connection system configured to "provide an input voltage to charge the energy storage device at a second charging rate when the energy storage device is coupled to the second connection." For example, the '121 Accused Products utilize an AC charging subsystem couplable to the AC charging input which has its own input voltage and charging rate to charge the high voltage battery.

---

## 2025 Ford Mustang Mach-E Charge Times & Range

The 2025 Ford Mustang Mach-E offers two battery options: a Standard Range 75.7 kWh battery and an Extended Range 98.8 kWh battery. The Standard Range model provides an EPA-estimated range of approximately 273 miles, while the Extended Range rear-wheel-drive version can achieve up to 372 miles on a full charge.

Charging times vary based on the battery and charging method. Using a 240V Level 2 home charger, the Standard Range battery can be fully charged in about 11 hours, and the Extended Range battery in approximately 14 hours.

For quicker charging, the Mustang Mach-E supports DC fast charging. The Standard Range battery can charge from 10% to 80% in around 38 minutes at a maximum rate of 115 kW, while the Extended Range battery can achieve the same charge level in about 43 minutes with a peak charging power of 150 kW.

---

Source: https://www.jimburkeford.com/ford-mustang-mach-e-charge-times-and-range-research/

70.    The '121 Accused Products comprise a vehicle comprising "a plurality of DC converters coupleable to the connection system, the plurality of DC converters configured to: boost the input voltage to an intermediate voltage via a first DC converter." For example, the '121

Accused Products include multiple DC converters coupleable to the connection port(s) including a DC voltage converter in the AC charging subsystem to boost, i.e., increase, an input voltage.



Source: https://www.monolithicpower.com/learning/resources/designing-onboard-chargers-for-high-performance-and-power-density

71.    The '121 Accused Products comprise a plurality of DC converters configured to "buck the intermediate voltage to an output voltage via a second DC converter, the output voltage for charging the energy storage device." For example, the '121 Accused Products include a DC voltage converter in the AC charging subsystem to buck, i.e., decrease, the voltage for charging the high voltage battery.



Source: https://www.monolithicpower.com/learning/resources/designing-onboard-chargers-for-high-performance-and-power-density

***Indirect Infringement (Inducement – 35 U.S.C. § 271(b))***

72.    In addition and/or in the alternative to the direct infringements, Ford indirectly infringes one or more claims of the '121 Patent by knowingly and intentionally inducing others,

including its customers and/or other end users, to directly infringe the '121 Patent (e.g., by charging or otherwise using '121 Accused Products).

73. At a minimum, Ford has had knowledge of the '121 Patent at least since service of this Complaint. Ford also has knowledge of the '121 Patent since receiving detailed correspondence from BHT prior to the filing of the Complaint, alerting Ford to its infringements. Since receiving notice of its infringements, Ford has actively induced, and continues to actively induce, the direct infringements of its customers and/or other end users (e.g., as illustrated above) as set forth under U.S.C. § 271(b). Such inducements have been committed with the knowledge, or with willful blindness to the fact, that the acts induced constitute infringement of the '121 Patent. Indeed, Ford has intended to cause, continues to intend to cause, and has taken, and continues to take, affirmative steps to induce infringement by, among other things, creating and disseminating advertisements and instructive materials that promote the infringing use of the Accused Products, including marketing materials, user manuals (e.g., those available via https://www.ford.com/support/owner-manuals/), and online instructional materials (e.g., those available via https://www.youtube.com/user/ford) that specifically teach and encourage customers and other end users to use the '121 Accused Products in an infringing manner, including by providing instructions on how to charge '121 Accused Products. By providing such instructions and support, Ford knows (and has known), or should know (and should have known), that its actions have actively induced, and continue to actively induce, infringement of the '121 Patent.

### Damages

74. BHT has been damaged as a result of Ford's infringing conduct described in this Count. Ford is, thus, liable to BHT in an amount that adequately compensates it for Ford's

infringements, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

75.    Despite having knowledge of the '121 Patent and knowledge that it directly and/or indirectly infringes one or more claims of the '121 Patent, Ford has nevertheless continued its infringing conduct and disregarded an objectively high likelihood of infringement. Ford's infringing activities relative to the '121 Patent have, thus, been, and continue to be, willful, wanton, and deliberate in disregard of BHT's rights with respect to the '121 Patent, justifying enhanced damages under 35 U.S.C. § 284.

## COUNT IV
(INFRINGEMENT OF U.S. PATENT NO. 9,821,668)

76.    BHT incorporates the preceding paragraphs herein by reference.

77.    This cause of action arises under the patent laws of the United States, and, in particular, 35 U.S.C. §§ 271, *et seq*.

78.    BHT is the owner of all substantial rights, title, and interest in and to the '668 Patent, including the right to exclude others and to enforce, sue, and recover damages for past, present, and future infringements.

79.    The '668 Patent is valid, enforceable, and was duly and legally issued by the United States Patent and Trademark Office on November 21, 2017, after full and fair examination.

***Direct Infringement (35 U.S.C. § 271(a))***

80.    Ford directly infringes one or more claims of the '668 Patent in this District and elsewhere in Texas and the United States.

81.    Ford directly infringes, either by itself or via its agent(s), at least claim 16 of the '668 Patent as set forth under 35 U.S.C. § 271(a) by making, using, selling, offering to sell, and/or

importing Ford and Lincoln branded electric vehicles that incorporate the fundamental technologies covered by the '668 Patent, including, but not limited to, Ford and Lincoln branded vehicles (e.g., the 2025 Ford Mustang Mach-E) equipped with electric and/or hybrid-electric powertrain systems (collectively, "the '668 Accused Products").

82.    By way of illustration only, Ford's '668 Accused Products comprise each and every element of claim 16 of the '668 Patent. The '668 Accused Products comprise "[a]n energy storage and management system (ESMS) for a vehicle propulsion system, the ESMS comprising: a plurality of energy storage devices including: a first energy storage device; and a second energy storage device." For example, the '668 Accused Products, including the 2025 Ford Mustang Mach-E, have an energy storage and management system (ESMS) for a vehicle propulsion system that includes a 12-Volt battery (i.e., a first energy storage device) and a high voltage battery (i.e., a second energy storage device).



Source: https://www.ford.com/suvs/mach-e/



| Component | Motorcraft Part Number |
|---|---|
| 12 volt battery.[1] | See note below.[2] |

[1] Configure your vehicle's battery management system to match the replacement battery. Failure to use an appropriate configuration for your battery management system could result in shortened battery life, features not working correctly, or your vehicle not starting. Consult your local dealer or service provider for further details.
[2] See your dealer for the most current part number.

**WHAT IS THE HIGH VOLTAGE BATTERY**

The high voltage battery is a highly sophisticated lithium ion battery system, used to store electrified energy to power your vehicle.

Source:
https://www.fordservicecontent.com/Ford_Content/Catalog/owner_information/2025_CX727_MachE_Owner_Manual_ENG_v1.pdf

Battery
**Standard Range Battery (RWD)**

Included

Standard on Select and Premium.

73 kWh Usable Capacity.

EPA-Estimated Range of 260 Miles*.

*Based on full charge. Actual range varies with conditions such as external environment, vehicle use, vehicle maintenance, high-voltage battery age and state of health.

Computer-generated image shown. Actual product may vary. See dealer for details.

Source: https://shop.ford.com/configure/mach-e/config/paint/Config%5B%7CFord%7CMache%7C2025%7C1%7C1.%7C100A.K1R..PG1...~DBAAA_VS-KX.RWD.18D.SEL.%5D?intcmp=vhp-seconNav-fbc

83. The '668 Accused Products comprise an ESMS comprising "a plurality of DC/DC conversion devices including: a first DC/DC conversion device coupleable to an external charging device and configured to charge the plurality of energy storage devices; a second DC/DC conversion device coupleable to an internal charging device and configured to charge the plurality

of energy storage devices; and a third DC/DC conversion device coupled to the second DC/DC conversion device." For example, the '668 Accused Products include DC/DC conversion devices, including a boost DC-DC converter in the AC charging subsystem (i.e., a first DC/DC conversion device) coupleable to an external charging device and configured to charge the 12-Volt battery and high voltage battery (i.e., the plurality of energy storage devices), a DC-DC conversion device in a control module (e.g., an AC-DC inverter converter integrated in a control module, such as a motor control unit (MCU) or a vehicle control unit (VCU)) or as a separate module that converts voltage generated from regenerative braking (i.e., a second DC/DC conversion device) coupleable to the electric motor that generates power during regenerative braking (i.e., an internal charging device) and configured to charge the 12-Volt battery and high voltage battery (i.e., the plurality of energy storage devices), and a buck DC-DC converter for bucking voltage supplied by the vehicle's high voltage battery to the vehicle's low voltage (12-V) system (i.e., a third DC/DC conversion device) coupled via a high voltage DC bus to the second DC-DC conversion device that converts voltage generated from regenerative braking.

**AC CHARGING**

To charge the high voltage battery:

6. Plug the charge coupler into the charge port receptacle on your vehicle.




## Charging Your Vehicle

| Charge Status | Details |
|---|---|
| Fast charging | The vehicle is plugged into a DC fast charge station and charging. |
| Charged | The vehicle finished charging to the max charge limit setting. |
| Charging 12V battery | The vehicle is plugged in and charging the 12V battery. |

**CHARGING YOUR VEHICLE — INFORMATION MESSAGES**

| Message | Action |
|---|---|
| Vehicle Plugged In ? Yes No | Your vehicle needs confirmation it is unplugged before allowing a start. You must make sure your vehicle is unplugged and you respond to the message promptly before starting your vehicle. |
| Plug in to Maintain 12V Battery | Indicates that HV battery can no longer support the 12V battery. Plug In your vehicle to charge the high voltage battery and maintain the 12V battery at a healthy state. |

### POWER GAUGE

The power gauge displays the amount of power going to the wheels when accelerating or maintaining speed. When the system limits the available maximum power, the right side of the gauge shows gray lines representing the proportional reduction in available power. When slowing down by lifting your foot off the accelerator pedal or pressing the brake, the gauge displays the amount of power the regenerative system captures and returns to the high voltage battery.

### CHARGING THE 12V BATTERY

Your vehicle has a high voltage to low voltage energy transfer feature that keeps the 12-volt battery charged by the high voltage battery. If the 12-volt battery level is low, the high voltage battery transfers energy to the 12-volt battery when the vehicle is off.

Source:
https://www.fordservicecontent.com/Ford_Content/Catalog/owner_information/2025_CX727_MachE_Owner_Manual_ENG_v1.pdf

40

**Regenerative Braking: The Basics**

Regenerative braking is an innovative technology that allows electric and hybrid vehicles, including Ford's electric models like the Mustang Mach-E and the Ford F-150 Lightning, to recover and store energy that would otherwise be wasted during braking and deceleration. Instead of traditional friction-based braking, where kinetic energy is converted into heat and dissipated into the environment, regenerative braking enables vehicles to capture and convert this energy into electricity, which is then stored in the vehicle's battery for future use.

The basic concept behind regenerative braking is simple: when the driver applies the brakes or lifts off the accelerator pedal, the electric motor in the vehicle reverses its function, becoming a generator. As the wheels slow down, the generator produces electricity, which is directed back into the vehicle's battery pack, effectively recharging it. This process helps to extend the driving range and improves overall energy efficiency.

Source: https://www.wayneakersford.com/ford-evs-and-regenerative-braking-benefits/



Source: https://ieeexplore.ieee.org/document/10215092

84.    The '668 Accused Products comprise an ESMS comprising "a plurality of switching devices including: a first switching device and a second switching device coupled to a

common junction that has a common path to the first energy storage device." For example, the
'668 Accused Products include multiple switching devices, including a relay/transistor/contactor
in the AC charging subsystem (i.e., a first switching device) and a transistor in a control module
(e.g., a motor control unit (MCU) or vehicle control unit (VCU)) that transforms DC to AC to
drive an electric motor and transforms AC to DC during regenerative braking (i.e., a second
switching device) coupled to a high voltage DC bus (i.e., common junction) that has a common
path to the 12-Volt battery (i.e., the first energy storage device).

85.     The '668 Accused Products comprise a plurality of switching devices including
"the first switching device being between the common junction and the external charging device
via a first path that does not include the second switching device." For example, the
relay/transistor/contactor in the AC charging subsystem (i.e., a first switching device) is between
the high voltage DC bus (i.e., the common junction) and the AC charging input, which receives a
connection to a 120V or 240V AC power source (i.e., external charging device), via a first path
that does not include the transistor in the control module that transforms DC to AC to drive an
electric motor and transforms AC to DC during regenerative braking (i.e., a second switching
device).

86.     The '668 Accused Products comprise a plurality of switching devices including
"the second switching device being between the common junction and the internal charging device
via a second path that does not include the first switching device." For example, the transistor in
the control module that transforms DC to AC to drive an electric motor and transforms AC to DC
during regenerative braking (i.e., a second switching device) is between the high voltage DC bus
(i.e., the common junction) and the electric motor during regenerative braking (i.e., internal

charging device) via a second path that does not include the relay/transistor/contactor in the AC charging subsystem (i.e., a first switching device).

87.    The '668 Accused Products comprise an ESMS comprising a plurality of switching devices including "a third switching device coupled between the second energy storage device and the third DC/DC conversion device." For example, the '668 Accused Products include a contactor (i.e., a third switching device) coupled between the high voltage battery (i.e., a second energy storage device) and the buck DC-DC converter for bucking voltage supplied by the vehicle's high voltage battery to the vehicle's low voltage (12-V) system (i.e., a third DC/DC conversion device).

88.    The '668 Accused Products comprise an ESMS comprising "a control system configured to: selectively control operation of the first DC/DC conversion device and at least one switching device when charging the first and second energy storage devices from the external charging device." For example, the '668 Accused Products include a vehicle control system with multiple electric control units (ECUs) (collectively a "control system") configured to selectively control operation of the boost DC-DC converter in the AC charging subsystem (i.e., first DC/DC conversion device) and the relay/transistor/contactor in the AC charging subsystem (i.e., at least one switching device) when charging the 12-Volt battery and high voltage battery (i.e., first and second energy storage devices) from the AC charging input (i.e., external charging device).



## AC CHARGING

To charge the high voltage battery:

6.  Plug the charge coupler into the charge port receptacle on your vehicle.

 

## Charging Your Vehicle

| Charge Status | Details |
|---|---|
| Fast charging | The vehicle is plugged into a DC fast charge station and charging. |
| Charged | The vehicle finished charging to the max charge limit setting. |
| Charging 12V battery | The vehicle is plugged in and charging the 12V battery. |

### CHARGING YOUR VEHICLE — INFORMATION MESSAGES

| Message | Action |
|---|---|
| Vehicle Plugged In ? Yes No | Your vehicle needs confirmation it is unplugged before allowing a start. You must make sure your vehicle is unplugged and you respond to the message promptly before starting your vehicle. |
| Plug in to Maintain 12V Battery | Indicates that HV battery can no longer support the 12V battery. Plug In your vehicle to charge the high voltage battery and maintain the 12V battery at a healthy state. |

Source:
https://www.fordservicecontent.com/Ford_Content/Catalog/owner_information/2025_CX727_MachE_Owner_Manual_ENG_v1.pdf

89. The '668 Accused Products comprise a control system configured to "selectively control operation of the second and third DC/DC conversion devices and at least one switching device when charging the first and second energy storage devices from the internal charging device." For example, the '668 Accused Products' control system is configured to selectively control operation of the AC-DC inverter converter that converts voltage generated from regenerative braking (i.e., second DC/DC conversion device) and the buck DC-DC converter for bucking DC voltage to the vehicle's low voltage (12-V) system (i.e., third DC/DC conversion

device) and the relay/transistor/contactor in the AC charging subsystem (i.e., at least one switching device) when charging the 12-Volt battery and high voltage battery (i.e., first and second energy storage devices) from the electric motor during regenerative braking (i.e., an internal charging device).



**POWER GAUGE**

The power gauge displays the amount of power going to the wheels when accelerating or maintaining speed. When the system limits the available maximum power, the right side of the gauge shows gray lines representing the proportional reduction in available power. When slowing down by lifting your foot off the accelerator pedal or pressing the brake, the gauge displays the amount of power the regenerative system captures and returns to the high voltage battery.



**CHARGING THE 12V BATTERY**

Your vehicle has a high voltage to low voltage energy transfer feature that keeps the 12-volt battery charged by the high voltage battery. If the 12-volt battery level is low, the high voltage battery transfers energy to the 12-volt battery when the vehicle is off.

Source:
https://www.fordservicecontent.com/Ford_Content/Catalog/owner_information/2025_CX727_MachE_Owner_Manual_ENG_v1.pdf

---

**Regenerative Braking: The Basics**

Regenerative braking is an innovative technology that allows electric and hybrid vehicles, including Ford's electric models like the Mustang Mach-E and the Ford F-150 Lightning, to recover and store energy that would otherwise be wasted during braking and deceleration. Instead of traditional friction-based braking, where kinetic energy is converted into heat and dissipated into the environment, regenerative braking enables vehicles to capture and convert this energy into electricity, which is then stored in the vehicle's battery for future use.

The basic concept behind regenerative braking is simple: when the driver applies the brakes or lifts off the accelerator pedal, the electric motor in the vehicle reverses its function, becoming a generator. As the wheels slow down, the generator produces electricity, which is directed back into the vehicle's battery pack, effectively recharging it. This process helps to extend the driving range and improves overall energy efficiency.

---

Source: https://www.wayneakersford.com/ford-evs-and-regenerative-braking-benefits/

*Indirect Infringement (Inducement – 35 U.S.C. § 271(b))*

90.    In addition and/or in the alternative to the direct infringements, Ford indirectly infringes one or more claims of the '668 Patent by knowingly and intentionally inducing others, including its customers and/or other end users, to directly infringe the '668 Patent (e.g., by charging or otherwise using '668 Accused Products).

91.    At a minimum, Ford has had knowledge of the '668 Patent at least since service of this Complaint. Ford also has knowledge of the '668 Patent since receiving detailed correspondence from BHT prior to the filing of the Complaint, alerting Ford to its infringements. Since receiving notice of its infringements, Ford has actively induced, and continues to actively induce, the direct infringements of its customers and/or other end users (e.g., as illustrated above) as set forth under U.S.C. § 271(b). Such inducements have been committed with the knowledge, or with willful blindness to the fact, that the acts induced constitute infringement of the '668 Patent. Indeed, Ford has intended to cause, continues to intend to cause, and has taken, and continues to take, affirmative steps to induce infringement by, among other things, creating and disseminating

advertisements and instructive materials that promote the infringing use of the Accused Products, including marketing materials, user manuals (e.g., those available via https://www.ford.com/support/owner-manuals/), and online instructional materials (e.g., those available via https://www.youtube.com/user/ford) that specifically teach and encourage customers and other end users to use the '668 Accused Products in an infringing manner, including by providing instructions on how to charge and use the '668 Accused Products. By providing such instructions and support, Ford knows (and has known), or should know (and should have known), that its actions have actively induced, and continue to actively induce, infringement of the '668 Patent.

***Damages***

92.    BHT has been damaged as a result of Ford's infringing conduct described in this Count. Ford is, thus, liable to BHT in an amount that adequately compensates it for Ford's infringements, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

93.    Despite having knowledge of the '668 Patent and knowledge that it directly and/or indirectly infringes one or more claims of the '668 Patent, Ford has nevertheless continued its infringing conduct and disregarded an objectively high likelihood of infringement. Ford's infringing activities relative to the '668 Patent have, thus, been, and continue to be, willful, wanton, and deliberate in disregard of BHT's rights with respect to the '668 Patent, justifying enhanced damages under 35 U.S.C. § 284.

## **COUNT V**

### (INFRINGEMENT OF U.S. PATENT NO. 9,914,365)

94.    BHT incorporates the preceding paragraphs herein by reference.

95.     This cause of action arises under the patent laws of the United States, and, in particular, 35 U.S.C. §§ 271, *et seq*.

96.     BHT is the owner of all substantial rights, title, and interest in and to the '365 Patent, including the right to exclude others and to enforce, sue, and recover damages for past, present, and future infringements.

97.     The '365 Patent is valid, enforceable, and was duly and legally issued by the United States Patent and Trademark Office on March 13, 2018, after full and fair examination.

### *Direct Infringement (35 U.S.C. § 271(a))*

98.     Ford directly infringes one or more claims of the '365 Patent in this District and elsewhere in Texas and the United States.

99.     Ford directly infringes, either by itself or via its agent(s), at least claim 5 of the '365 Patent as set forth under 35 U.S.C. § 271(a) by making, using, selling, offering to sell, and/or importing Ford and Lincoln branded electric vehicles that incorporate the fundamental technologies covered by the '365 Patent, including, but not limited to, Ford and Lincoln branded vehicles (e.g., the 2025 Ford Mustang Mach-E) equipped with electric and/or hybrid-electric powertrain systems with DC Fast Charging capabilities (collectively, "the '365 Accused Products").

100.     By way of illustration only, Ford's '365 Accused Products comprise each and every element of claim 5 of the '365 Patent. The '365 Accused Products comprise "[a] vehicle comprising: a connection system coupleable to an external charging source, the connection system configured to utilize a DC connection and an AC connection." For example, the '365 Accused Products are vehicles that include a connection system coupleable to an external charging source via a DC charging input and via an AC charging input.



Source: https://www.ford.com/suvs/mach-e/

## AC CHARGING

To charge the high voltage battery:

6. Plug the charge coupler into the charge port receptacle on your vehicle.

 





Source:
https://www.fordservicecontent.com/Ford_Content/Catalog/owner_information/2025_CX727_MachE_Owner_Manual_ENG_v1.pdf

101.    The '365 Accused Products comprise a vehicle comprising "an AC/DC converter coupleable to the AC connection." For example, the '365 Accused Products include a rectifier (i.e., AC/DC converter) that converts the AC charging input into DC.

> A rectifier is a key component in electrical conversion systems and is often the first conversion stage in any On-Board Charger (OBC) configuration in electric vehicles. Its main function is to convert electrical energy from an initial form, usually in the form of alternating voltage (AC), to a usable form, namely direct voltage (DC).

Source: https://www.mdpi.com/2079-9292/12/20/4295

102.    The '365 Accused Products comprise a vehicle comprising "a plurality of DC converters coupleable to the AC/DC converter, the plurality of DC converters configured to operate in combination to step up and step down an input voltage derived from the AC connection." For example, the '365 Accused Products include boost and buck DC converters coupleable to the rectifier that are configured to operate in combination to step up and step down a DC voltage derived from the AC charging input.



Architecture of an Onboard Charger

An onboard charger is comprised of several stages to convert the AC power to DC power.

The first stage is the one-phase to three-phase power factor correction (PFC) stage, which converts the AC voltage from the grid into an intermediate DC voltage between 400V and 800V, depending on the vehicle battery's voltage (note that battery voltages have been increasing to allow for higher efficiency, faster charging times, and lighter cabling within a vehicle). Though the PFC architecture can range from one phase to three phases, three phases has become more popular as power levels increase.

The second stage is the isolated DC/DC stage that converts the intermediate DC voltage to the target voltage. The target voltage is specific to the battery charged, and it can vary between 200V and 800V, depending on whether a PHEV or BEV is being charged. For the DC/DC stage, it is common to use LLC and phase-shift, full-bridge converter topologies.

Source: https://www.monolithicpower.com/learning/resources/designing-onboard-chargers-for-high-performance-and-power-density

103.    The '365 Accused Products comprise a vehicle comprising "an energy storage device coupleable to: at least one of the plurality of DC converters; and the DC connection." For example, the '365 Accused Products include a high voltage battery (i.e., an energy storage device) coupleable to the AC charging subsystem having the DC converters and the DC charging subsystem.



**WHAT IS THE HIGH VOLTAGE BATTERY**

The high voltage battery is a highly sophisticated lithium ion battery system, used to store electrified energy to power your vehicle.

Source:

https://www.fordservicecontent.com/Ford_Content/Catalog/owner_information/2025_CX727_MachE_Owner_Manual_ENG_v1.pdf



Source: https://shop.ford.com/configure/mach-e/config/paint/Config%5B%7CFord%7CMache%7C2025%7C1%7C1.%7C100A.K1R..PG1...~DBAAA_VS-KX.RWD.18D.SEL.%5D?intcmp=vhp-seconNav-fbc

104.    The '365 Accused Products comprise a vehicle comprising "a controller." For example, as evidenced below (*see* paragraphs 105-107), the '365 Accused Products include hardware and/or software configured to control charging of the battery, such as a Drive Motor Battery Pack Control Module.



Source: https://ieeexplore.ieee.org/document/10215092

105.    The '365 Accused Products comprise a controller programmed to "charge the energy storage device at a first charging rate when the energy storage device is coupled to the DC connection." For example, the '365 Accused Products include a controller programmed to charge the vehicle's battery at a faster charging rate when receiving DC charging input.

## 2025 Ford Mustang Mach-E Charge Times & Range

The 2025 Ford Mustang Mach-E offers two battery options: a Standard Range 75.7 kWh battery and an Extended Range 98.8 kWh battery. The Standard Range model provides an EPA-estimated range of approximately 273 miles, while the Extended Range rear-wheel-drive version can achieve up to 372 miles on a full charge.

Charging times vary based on the battery and charging method. Using a 240V Level 2 home charger, the Standard Range battery can be fully charged in about 11 hours, and the Extended Range battery in approximately 14 hours.

For quicker charging, the Mustang Mach-E supports DC fast charging. The Standard Range battery can charge from 10% to 80% in around 38 minutes at a maximum rate of 115 kW, while the Extended Range battery can achieve the same charge level in about 43 minutes with a peak charging power of 150 kW.

Source: https://www.jimburkeford.com/ford-mustang-mach-e-charge-times-and-range-research/

106.    The '365 Accused Products comprise a controller programmed to "charge the energy storage device at a second charging rate when the energy storage device is coupled to the AC connection." For example, the '365 Accused Products include a controller programmed to charge the vehicle's battery at a slower charging rate when receiving AC charging input.

## 2025 Ford Mustang Mach-E Charge Times & Range

The 2025 Ford Mustang Mach-E offers two battery options: a Standard Range 75.7 kWh battery and an Extended Range 98.8 kWh battery. The Standard Range model provides an EPA-estimated range of approximately 273 miles, while the Extended Range rear-wheel-drive version can achieve up to 372 miles on a full charge.

Charging times vary based on the battery and charging method. Using a 240V Level 2 home charger, the Standard Range battery can be fully charged in about 11 hours, and the Extended Range battery in approximately 14 hours.

For quicker charging, the Mustang Mach-E supports DC fast charging. The Standard Range battery can charge from 10% to 80% in around 38 minutes at a maximum rate of 115 kW, while the Extended Range battery can achieve the same charge level in about 43 minutes with a peak charging power of 150 kW.

Source: https://www.jimburkeford.com/ford-mustang-mach-e-charge-times-and-range-research/

107.    The '365 Accused Products comprise a controller programmed to "operate the plurality of DC converters when charging the energy storage device via the AC connection by: operating a first DC converter to boost the input voltage to an intermediate voltage; and operating a second DC converter to buck the intermediate voltage to an output voltage to charge the energy storage device." For example, the '365 Accused Products include a controller programmed to operate a boost DC voltage converter in the AC charging subsystem to boost, i.e., increase, the input voltage to an intermediate voltage and a buck DC converter to buck, i.e., decrease, the voltage for charging the high voltage battery.

**Architecture of an Onboard Charger**

An onboard charger is comprised of several stages to convert the AC power to DC power.

The first stage is the one-phase to three-phase power factor correction (PFC) stage, which converts the AC voltage from the grid into an intermediate DC voltage between 400V and 800V, depending on the vehicle battery's voltage (note that battery voltages have been increasing to allow for higher efficiency, faster charging times, and lighter cabling within a vehicle). Though the PFC architecture can range from one phase to three phases, three phases has become more popular as power levels increase.

The second stage is the isolated DC/DC stage that converts the intermediate DC voltage to the target voltage. The target voltage is specific to the battery being charged, and it can vary between 200V and 800V, depending on whether a PHEV or BEV is being charged. For the DC/DC stage, it is common to use LLC and phase-shift, full-bridge converter topologies.

Source: https://www.monolithicpower.com/learning/resources/designing-onboard-chargers-for-high-performance-and-power-density

***Indirect Infringement (Inducement – 35 U.S.C. § 271(b))***

108.    In addition and/or in the alternative to the direct infringements, Ford indirectly infringes one or more claims of the '365 Patent by knowingly and intentionally inducing others, including its customers and/or other end users, to directly infringe the '365 Patent (e.g., by charging or otherwise using '365 Accused Products).

109.    At a minimum, Ford has had knowledge of the '365 Patent at least since service of this Complaint. Ford also has knowledge of the '365 Patent since receiving detailed correspondence from BHT prior to the filing of the Complaint, alerting Ford to its infringements. Since receiving notice of its infringements, Ford has actively induced, and continues to actively

54

induce, the direct infringements of its customers and/or other end users (e.g., as illustrated above) as set forth under U.S.C. § 271(b). Such inducements have been committed with the knowledge, or with willful blindness to the fact, that the acts induced constitute infringement of the '365 Patent. Indeed, Ford has intended to cause, continues to intend to cause, and has taken, and continues to take, affirmative steps to induce infringement by, among other things, creating and disseminating advertisements and instructive materials that promote the infringing use of the Accused Products, including marketing materials, user manuals (e.g., those available via https://www.ford.com/support/owner-manuals/), and online instructional materials (e.g., those available via https://www.youtube.com/user/ford) that specifically teach and encourage customers and other end users to use the '365 Accused Products in an infringing manner, including by providing instructions on how to charge '365 Accused Products. By providing such instructions and support, Ford knows (and has known), or should know (and should have known), that its actions have actively induced, and continue to actively induce, infringement of the '365 Patent.

*Damages*

110.    BHT has been damaged as a result of Ford's infringing conduct described in this Count. Ford is, thus, liable to BHT in an amount that adequately compensates it for Ford's infringements, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

111.    Despite having knowledge of the '365 Patent and knowledge that it directly and/or indirectly infringes one or more claims of the '365 Patent, Ford has nevertheless continued its infringing conduct and disregarded an objectively high likelihood of infringement. Ford's infringing activities relative to the '365 Patent have, thus, been, and continue to be, willful, wanton,

and deliberate in disregard of BHT's rights with respect to the '365 Patent, justifying enhanced damages under 35 U.S.C. § 284.

## COUNT VI

### (INFRINGEMENT OF U.S. PATENT NO. 9,975,439)

112.    BHT incorporates the preceding paragraphs herein by reference.

113.    This cause of action arises under the patent laws of the United States, and, in particular, 35 U.S.C. §§ 271, *et seq*.

114.    BHT is the owner of all substantial rights, title, and interest in and to the '439 Patent, including the right to exclude others and to enforce, sue, and recover damages for past, present, and future infringements.

115.    The '439 Patent is valid, enforceable, and was duly and legally issued by the United States Patent and Trademark Office on May 22, 2018, after full and fair examination.

***Direct Infringement (35 U.S.C. § 271(a))***

116.    Ford directly infringes one or more claims of the '439 Patent in this District and elsewhere in Texas and the United States.

117.    Ford directly infringes, either by itself or via its agent(s), at least claim 1 of the '439 Patent as set forth under 35 U.S.C. § 271(a) by making, using, selling, offering to sell, and/or importing Ford and Lincoln branded electric vehicles that incorporate the fundamental technologies covered by the '439 Patent, including, but not limited to, Ford and Lincoln branded vehicles (e.g., the 2025 Ford Mustang Mach-E) equipped with electric and/or hybrid-electric powertrain systems (collectively, "the '439 Accused Products").

118.    By way of illustration only, Ford's '439 Accused Products comprise each and every element of claim 1 of the '439 Patent. The '439 Accused Products comprise "[a] vehicle

comprising: an energy storage device." For example, the '439 Accused Products are vehicles that include a high voltage battery (i.e., an energy storage device).



Source: https://www.ford.com/suvs/mach-e/

**WHAT IS THE HIGH VOLTAGE BATTERY**

The high voltage battery is a highly sophisticated lithium ion battery system, used to store electrified energy to power your vehicle.

Source: https://www.fordservicecontent.com/Ford_Content/Catalog/owner_information/2025_CX727_MachE_Owner_Manual_ENG_v1.pdf



Source: https://shop.ford.com/configure/mach-e/config/paint/Config%5B%7CFord%7CMache%7C2025%7C1%7C1.%7C100A.K1R..PG1...~DBAAA_VS-KX.RWD.18D.SEL.%5D?intcmp=vhp-seconNav-fbc

119.    The '439 Accused Products comprise a vehicle comprising "a first voltage converter coupleable to the energy storage device." For example, the '439 Accused Products include a buck DC-DC converter (i.e., a first voltage converter) coupleable to the high voltage battery via a high voltage DC bus for bucking voltage supplied by the vehicle's high voltage battery to the vehicle's low voltage (12-V) system.

**CHARGING YOUR VEHICLE — INFORMATION MESSAGES**

| Message | Action |
|---|---|
| Vehicle Plugged In ? Yes No | Your vehicle needs confirmation it is unplugged before allowing a start. You must make sure your vehicle is unplugged and you respond to the message promptly before starting your vehicle. |
| Plug in to Maintain 12V Battery | Indicates that HV battery can no longer support the 12V battery. Plug In your vehicle to charge the high voltage battery and maintain the 12V battery at a healthy state. |

**CHARGING THE 12V BATTERY**

Your vehicle has a high voltage to low voltage energy transfer feature that keeps the 12-volt battery charged by the high voltage battery. If the 12-volt battery level is low, the high voltage battery transfers energy to the 12-volt battery when the vehicle is off.

Source:
https://www.fordservicecontent.com/Ford_Content/Catalog/owner_information/2025_CX727_MachE_Owner_Manual_ENG_v1.pdf

120.    The '439 Accused Products comprise a vehicle comprising "a traction drive coupleable to the first voltage converter, the traction drive comprising an inverter coupled to a traction motor." For example, the '439 Accused Products include a traction drive having an AC-DC inverter converter integrated in a control module (e.g., motor control unit (MCU) or vehicle control unit (VCU)) or as a separate module coupled to an electric motor, which is coupleable to the buck DC-DC converter (i.e., first voltage converter) via the high voltage DC bus.



Drive

**RWD**

Standard on Select and Premium.

Primary Motor (Rear).

Computer-generated image shown. Actual product may vary. See dealer for details.

Source: https://shop.ford.com/configure/mach-e/config/paint/Config%5B%7CFord%7CMache%7C2025%7C1%7C1.%7C100A.K1R..PG1...~DBAAA_VS-KX.RWD.18D.SEL.%5D?intcmp=vhp-seconNav-fbc

121.    The '439 Accused Products comprise a vehicle comprising "a charging system on-board the vehicle and coupleable to the energy storage device." For example, the '439 Accused Products utilize an on-board AC charging system coupleable to the high voltage battery.



Source:
https://www.fordservicecontent.com/Ford_Content/Catalog/owner_information/2025_CX727_MachE_Owner_Manual_ENG_v1.pdf



Source: https://www.mdpi.com/2079-9292/12/20/4295

122.    The '439 Accused Products comprise a charging system comprising "a receptacle coupleable to an external charging source." For example, the '439 Accused Products include a charging port (i.e., receptacle) coupleable to an external charging source.



Source: https://www.ford.com/suvs/mach-e/electric/

## AC CHARGING

To charge the high voltage battery:

6. Plug the charge coupler into the charge port receptacle on your vehicle.

 

Source:
https://www.fordservicecontent.com/Ford_Content/Catalog/owner_information/2025_CX727_MachE_Owner_Manual_ENG_v1.pdf

> ## Home or On-the-Go: Ford Mobile Power Cord
>
> If you have an average commute, charge overnight with the 240V charger. You can also charge anywhere there's a standard outlet with the 120V option.
>
> - **Two Plug Options** (120V or 240V)
> - **11.7 Hours to Charge from 0–100%** With 240V Plug, RWD, and Standard-Range Battery
> - **22.2 Miles Charged Per Hour** with 240V Plug, RWD, and Standard Range Battery
> - **20' Cable & Charge Coupler**

Source: https://www.ford.com/suvs/mach-e/electric/

123.    The '439 Accused Products comprise a charging system comprising "a second voltage converter configured to boost an input voltage derived from the external charging source to an intermediate voltage." For example, the '439 Accused Products include a DC voltage converter in the AC charging subsystem to boost, i.e., increase, an input voltage to an intermediate voltage (i.e., a second voltage converter).

> ### Architecture of an Onboard Charger
>
> An onboard charger is comprised of several stages to convert the AC power to DC power.
>
> The first stage is the one-phase to three-phase power factor correction (PFC) stage, which converts the AC voltage from the grid into an intermediate DC voltage between 400V and 800V, depending on the vehicle battery's voltage (note that battery voltages have been increasing to allow for higher efficiency, faster charging times, and lighter cabling within a vehicle). Though the PFC architecture can range from one phase to three phases, three phases has become more popular as power levels increase.
>
> The second stage is the isolated DC/DC stage that converts the intermediate DC voltage to the target voltage. The target voltage is specific to the battery being charged, and it can vary between 200V and 800V, depending on whether a PHEV or BEV is being charged. For the DC/DC stage, it is common to use LLC and phase-shift, full-bridge converter topologies.

Source: https://www.monolithicpower.com/learning/resources/designing-onboard-chargers-for-high-performance-and-power-density

124.    The '439 Accused Products comprise a charging system comprising "a third voltage converter configured to buck the intermediate voltage to an output voltage to charge the energy

storage device." For example, the '439 Accused Products include a DC voltage converter in the AC charging subsystem to buck, i.e., decrease, the intermediate voltage to an output voltage (i.e., a third voltage converter) for charging the high voltage battery.



Architecture of an Onboard Charger

An onboard charger is comprised of several stages to convert the AC power to DC power.

The first stage is the one-phase to three-phase power factor correction (PFC) stage, which converts the AC voltage from the grid into an intermediate DC voltage between 400V and 800V, depending on the vehicle battery's voltage (note that battery voltages have been increasing to allow for higher efficiency, faster charging times, and lighter cabling within a vehicle). Though the PFC architecture can range from one phase to three phases, three phases has become more popular as power levels increase.

The second stage is the isolated DC/DC stage that converts the intermediate DC voltage to the target voltage. The target voltage is specific to the battery being charged, and it can vary between 200V and 800V, depending on whether a PHEV or BEV is being charged. For the DC/DC stage, it is common to use LLC and phase-shift, full-bridge converter topologies.

Source: https://www.monolithicpower.com/learning/resources/designing-onboard-chargers-for-high-performance-and-power-density

***Indirect Infringement (Inducement – 35 U.S.C. § 271(b))***

125.    In addition and/or in the alternative to the direct infringements, Ford indirectly infringes one or more claims of the '439 Patent by knowingly and intentionally inducing others, including its customers and/or other end users, to directly infringe the '439 Patent (e.g., by charging or otherwise using '439 Accused Products).

126.    At a minimum, Ford has had knowledge of the '439 Patent at least since service of this Complaint. Ford also has knowledge of the '439 Patent since receiving detailed correspondence from BHT prior to the filing of the Complaint, alerting Ford to its infringements. Since receiving notice of its infringements, Ford has actively induced, and continues to actively induce, the direct infringements of its customers and/or other end users (e.g., as illustrated above) as set forth under U.S.C. § 271(b). Such inducements have been committed with the knowledge, or with willful blindness to the fact, that the acts induced constitute infringement of the '439 Patent. Indeed, Ford has intended to cause, continues to intend to cause, and has taken, and continues to take, affirmative steps to induce infringement by, among other things, creating and disseminating

advertisements and instructive materials that promote the infringing use of the Accused Products, including marketing materials, user manuals (e.g., those available via https://www.ford.com/support/owner-manuals/), and online instructional materials (e.g., those available via https://www.youtube.com/user/ford) that specifically teach and encourage customers and other end users to use the '439 Accused Products in an infringing manner, including by providing instructions on how to charge '439 Accused Products. By providing such instructions and support, Ford knows (and has known), or should know (and should have known), that its actions have actively induced, and continue to actively induce, infringement of the '439 Patent.

*Damages*

127.    BHT has been damaged as a result of Ford's infringing conduct described in this Count. Ford is, thus, liable to BHT in an amount that adequately compensates it for Ford's infringements, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

128.    Despite having knowledge of the '439 Patent and knowledge that it directly and/or indirectly infringes one or more claims of the '439 Patent, Ford has nevertheless continued its infringing conduct and disregarded an objectively high likelihood of infringement. Ford's infringing activities relative to the '439 Patent have, thus, been, and continue to be, willful, wanton, and deliberate in disregard of BHT's rights with respect to the '439 Patent, justifying enhanced damages under 35 U.S.C. § 284.

## COUNT VII

### (INFRINGEMENT OF U.S. PATENT NO. 10,442,296)

129.    BHT incorporates the preceding paragraphs herein by reference.

130.    This cause of action arises under the patent laws of the United States, and, in particular, 35 U.S.C. §§ 271, *et seq*.

131.    BHT is the owner of all substantial rights, title, and interest in and to the '296 Patent, including the right to exclude others and to enforce, sue, and recover damages for past, present, and future infringements.

132.    The '296 Patent is valid, enforceable, and was duly and legally issued by the United States Patent and Trademark Office on October 15, 2019, after full and fair examination.

***Direct Infringement (35 U.S.C. § 271(a))***

133.    Ford directly infringes one or more claims of the '296 Patent in this District and elsewhere in Texas and the United States.

134.    Ford directly infringes, either by itself or via its agent(s), at least claim 1 of the '296 Patent as set forth under 35 U.S.C. § 271(a) by making, using, selling, offering to sell, and/or importing Ford and Lincoln branded electric vehicles that incorporate the fundamental technologies covered by the '296 Patent, including, but not limited to, Ford and Lincoln branded vehicles (e.g., the 2025 Ford Escape Plug-in Hybrid) equipped with hybrid-electric powertrain systems (collectively, "the '296 Accused Products").

135.    By way of illustration only, Ford's '296 Accused Products comprise each and every element of claim 1 of the '296 Patent. The '296 Accused Products comprise "[a] system for a hybrid electric vehicle, comprising: an energy storage system." For example, the '296 Accused Products, including the 2025 Ford Escape Plug-in Hybrid, include a hybrid electric vehicle propulsion system having a high voltage battery (i.e., an energy storage system).



Escape® Plug-in Hybrid
Starting at $37,400[1]

Source: https://www.ford.com/suvs-crossovers/escape/2025/models/

⌂ Parts / Electrical / Battery and Related Components

**Battery** - 2.5L

SKU: PZ1Z10B759A

✓ Exact fit for:
**2025 Ford Escape**

Source: https://www.ford.com/product/battery-p4000107337

WHAT IS THE HIGH VOLTAGE BATTERY 

The high voltage battery is a highly sophisticated lithium ion battery system, used to store electrified energy to power your vehicle.

Source: https://www.fordservicecontent.com/Ford_Content/vdirsnet/OwnerManual/Home/Content?varia ntid=10278&languageCode=en&countryCode=USA&Uid=G2151413&ProcUid=G2067217&us erMarket=USA&div=f&vFilteringEnabled=False&buildtype=web

136.    The '296 Accused Products comprise a system for a hybrid electric vehicle comprising "a bi-directional DC/DC converter coupled to the energy storage system." For example, the '296 Accused Products include a bi-directional DC/DC converter coupled to the high voltage battery.









Sources: https://www.ford.com/product/dcdc-converter-p4000137125



Source: https://www.ford.com/product/electric-vehicle-battery-cable-p4000062129



Source: https://ieeexplore.ieee.org/document/10215092

137.    The '296 Accused Products comprise a system for a hybrid electric vehicle comprising "a first traction motor coupled to the bi-directional DC/DC converter; [and] a second traction motor coupled to the bi-directional DC/DC converter." For example, the '296 Accused Products include a first electric motor (i.e., a first traction motor) and a second electric motor (i.e., a second traction motor) coupled to the bi-directional DC/DC converter.





**14B227 - Voltage Converter Assembly**

Part Number: PZ1Z14B227B

**$1,855.72**  + Core Charge: $125.00

DCDC Converter

- 12/12/2022, Escape, Gas/Electric Hybrid



Sources: https://www.ford.com/product/dcdc-converter-p4000137125

✓ Exact fit for:
**2025 Ford Escape**



Sources:
https://www.ford.com/product/parts?partNumber=DG9Z7A233A&sectionId=204834957

138.    The '296 Accused Products comprise a system for a hybrid electric vehicle comprising "a transmission device coupled to the first traction motor, the transmission device configured as an electrically variable transmission (EVT) that comprises an arrangement of planetary gears." For example, the '296 Accused Products include an electronic continuously variable transmission (ECVT) with a power split device (i.e., a transmission device) coupled to the first electric motor, which comprises an arrangement of planetary gears.



🏠 Parts / Transmission / Powertrain Engine Parts

# Gear (AT)

SKU: DG9Z7A233A



✓ Exact fit for:

**2025 Ford Escape**

## Product Details

ECVT Auto Transmission Power Split. Auto H4F45 without ODC FHEV / PHEV.



Sources: https://www.ford.com/product/gear-p4000115081

139.    The '296 Accused Products comprise a system for a hybrid electric vehicle comprising "a gear assembly coupled between the second traction motor and the transmission device such that the output of the second traction motor bypasses the transmission device." For example, the '296 Accused Products include gears and shafts (i.e., a gear assembly) coupled between the second electric motor and the power split device (i.e., transmission device) such that the output of the second electric motor bypasses the power split device.

⌂ Parts / Transmission / Powertrain Engine Parts

**Gear and Shaft**

SKU: LX6Z7H348A

✓ Exact fit for:
2025 Ford Escape





Source: https://www.ford.com/product/gear-and-shaft-assembly-p4000131860



Source: https://www.youtube.com/watch?v=oZyrG_GPosE[1]



140.    The '296 Accused Products comprise a system for a hybrid electric vehicle comprising "an internal combustion engine coupled to the transmission device via a path that does not include the first traction motor and second traction motor." For example, the '296 Accused Products include an internal combustion engine (ICE) coupled to the power split device (i.e., transmission device) via a path not including the electric motors (e.g., a shaft is between the electric motors, but the ICE connects to the power split device).

---

[1] Note this screenshot shows a precursor to the 2025 Escape Plug-In Hybrid transmission and is provided as a visual representation of how the gears interact and the second electric motor bypassing the power split device.

## 2025 Ford Escape Standard Equipment

### Mechanical

- Engine: 2.5L iVCT Atkinson Cycle I-4 Hybrid
- Transmission: eCVT

Source: https://www.stottsford.com/models/2025/Ford/Escape/PHEV_FWD/



Source: https://www.youtube.com/watch?v=oZyrG_GPosE[2]

---

[2] Note this screenshot shows a precursor to the 2025 Escape Plug-In Hybrid transmission and is provided as a visual representation of where the ICE couples to the power split device.



141.    The '296 Accused Products comprise a system for a hybrid electric vehicle comprising "a control system configured to selectively: operate the first traction motor and second traction motor to drive the vehicle through the transmission device and gear assembly, respectively." For example, the '296 Accused Products include an Engine Control Module and an Engine management system (i.e., control system) configured to selectively operate the first electric motor and the second electric motor to drive the vehicle through the power split device (i.e., transmission device) and gears and shafts (i.e., gear assembly), respectively.



Source: https://parts.lakelandford.com/p/Ford_2021_Escape-SE-Plug-In-Hybrid-Sport-Utility/Engine-Control-Module-ECM/94566111/LV4Z12A650CBNP.html

The 2021 Ford Escape SE Plug-In Hybrid carries a starting window sticker of $33,895, as well as a generous qualifying federal tax credit of $6,843 in addition to possible state and municipal bonuses. Unlike the Crosstrek, Outlander PHEV, and RAV4 Prime, the Escape PHEV is only available with front-wheel drive. Its powertrain teams a 165-hp 2.5-liter I-4 with two motor generators in a planetary e-CVT, a 14.4-kWh lithium-ion battery pack. The setup produces a combined 221 horsepower.

Source: https://www.motortrend.com/reviews/2021-ford-escape-phev-vs-subaru-crosstrek-hybrid-specs-comparison

## How Does The Ford Escape Plug-In Hybrid Work?

The Ford Escape PHEV uses a gas engine and an electric motor together. You can drive up to 37 miles on electric power alone, which is ideal for short trips and errands. When the battery runs low, the gas engine kicks in automatically, so you can keep driving without stopping to charge.

It also has different drive modes, so you can choose when to use electric or save it for later.

- **EV Now:** Prioritizes electric-only driving until the battery is depleted.
- **Auto EV:** Automatically switches between electric and hybrid modes based on driving conditions.
- **EV Later:** Conserves battery charge for later use, relying more on the gasoline engine.
- **EV Charge:** Uses the engine to charge the battery while driving, increasing electric range for later use.

Source: https://www.corwinfordtricities.com/2025-ford-escape-plug-in-hybrid-guide/

**HOW DOES POWER FLOW WORK - PLUG-IN HYBRID ELECTRIC VEHICLE (PHEV)** 

The power flow information for your plug-in hybrid vehicle is available through the Home screen or under Apps.

Vehicle Operational States

Power flows to or from the front and rear wheels depending on operational state and driving conditions.

- Electric driving: The vehicle is running and in drive (D) or neutral (N). The high voltage battery provides power to the wheels.

Source:

https://www.fordservicecontent.com/Ford_Content/vdirsnet/OwnerManual/Home/Content?countryCode=USA&languageCode=EN&Uid=G2323372&ProcUid=G2312881&div=f&variantid=10278&vFilteringEnabled=False&userMarket=USA&buildtype=web

## Section 1: High Voltage Electrical System Information

| Electronically Controlled Transmission | Mounted next to the engine similar to non-hybrid vehicles. | This transmission includes a hybrid drive unit with a High Voltage electric motor and a integral disconnect clutch. |
|---|---|---|

Source:

https://www.fordservicecontent.com/Ford_Content/Catalog/service_tip_files/2020_2025_Escape_Hybrid_Emergency_Response_Guide_11212024_MCS7247.pdf



Source: https://www.youtube.com/watch?v=oZyrG_GPosE[3]



Source: https://www.ford.com/product/gear-and-shaft-assembly-p4000131860

---

[3] Note this screenshot shows a precursor to the 2025 Escape Plug-In Hybrid transmission and is provided as a visual representation of how the gears interact when both electric motors are operated to drive the vehicle.



Source: https://www.ford.com/product/gear-p4000115081



Source: https://www.ford.com/product/output-gear-p4000102698



142.    The '296 Accused Products comprise a control system configured to selectively "operate the first traction motor as a generator to generate electrical power while operating the second traction motor to drive the vehicle through the gear assembly." For example, the '296 Accused Products' control system is configured to selectively operate the first electric motor as a generator to generate electrical power while operating the second electric motor to drive the vehicle through the gears and shafts (i.e., gear assembly).



Source: https://www.corwinfordtricities.com/2025-ford-escape-plug-in-hybrid-guide/

What should I do if the vehicle runs out of fuel and the high voltage battery is out of charge?

- Refuel and start your vehicle normally. The engine will recharge the high voltage battery.

Source:
https://www.fordservicecontent.com/Ford_Content/vdirsnet/OwnerManual/Home/Content?variantid=10278&languageCode=en&countryCode=USA&Uid=G2177150&ProcUid=G2170033&userMarket=USA&div=f&vFilteringEnabled=False&buildtype=web

- Battery charging: The engine is on to charge the high voltage battery. The vehicle returns to electric operation once the battery is sufficiently charged.

Source:
https://www.fordservicecontent.com/Ford_Content/vdirsnet/OwnerManual/Home/Content?countryCode=USA&languageCode=EN&Uid=G2323372&ProcUid=G2312881&div=f&variantid=10278&vFilteringEnabled=False&userMarket=USA&buildtype=web

## Plug-In Hybrid

The available plug-in hybrid powertrain with 210 total system horsepower*[†] gives you great acceleration, impressive range, and an included mobile cord to power up with a regular 120v outlet. It'll also run like a regular hybrid if you don't feel like plugging in.

* Calculated via combined performance of the engine and electric motor(s) with peak battery power. The calculations utilize SAE J1349® engine results and Ford electric motor dyno testing. Your results may vary.

Source: https://www.wheelerford.com/2025-ford-escape.htm



Source: https://www.youtube.com/watch?v=oZyrG_GPosE[4]



---

[4] Note this screenshot shows a precursor to the 2025 Escape Plug-In Hybrid transmission and is provided as a visual representation of how the gears interact when only the second electric motor is operated to drive the vehicle.

Source: https://www.ford.com/product/gear-and-shaft-assembly-p4000131860



Source: https://www.ford.com/product/gear-p4000115081



Source: https://www.ford.com/product/output-gear-p4000102698



*Indirect Infringement (Inducement – 35 U.S.C. § 271(b))*

143.    In addition and/or in the alternative to the direct infringements, Ford indirectly infringes one or more claims of the '296 Patent by knowingly and intentionally inducing others, including its customers and/or other end users, to directly infringe the '296 Patent (e.g., by operating or otherwise using '296 Accused Products).

144.    At a minimum, Ford has had knowledge of the '296 Patent at least since service of this Complaint. Ford also has knowledge of the '296 Patent since receiving detailed correspondence from BHT prior to the filing of the Complaint, alerting Ford to its infringements. Since receiving notice of its infringements, Ford has actively induced, and continues to actively induce, the direct infringements of its customers and/or other end users (e.g., as illustrated above) as set forth under U.S.C. § 271(b). Such inducements have been committed with the knowledge, or with willful blindness to the fact, that the acts induced constitute infringement of the '296 Patent. Indeed, Ford has intended to cause, continues to intend to cause, and has taken, and continues to take, affirmative steps to induce infringement by, among other things, creating and disseminating

advertisements and instructive materials that promote the infringing use of the Accused Products, including marketing materials, user manuals (e.g., those available via https://www.ford.com/support/owner-manuals/), and online instructional materials (e.g., those available via https://www.youtube.com/user/ford) that specifically teach and encourage customers and other end users to use the '296 Accused Products in an infringing manner, including by providing instructions on how to turn on and operate the '296 Accused Products. By providing such instructions and support, Ford knows (and has known), or should know (and should have known), that its actions have actively induced, and continue to actively induce, infringement of the '296 Patent.

### *Damages*

145.    BHT has been damaged as a result of Ford's infringing conduct described in this Count. Ford is, thus, liable to BHT in an amount that adequately compensates it for Ford's infringements, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

146.    Despite having knowledge of the '296 Patent and knowledge that it directly and/or indirectly infringes one or more claims of the '296 Patent, Ford has nevertheless continued its infringing conduct and disregarded an objectively high likelihood of infringement. Ford's infringing activities relative to the '296 Patent have, thus, been, and continue to be, willful, wanton, and deliberate in disregard of BHT's rights with respect to the '296 Patent, justifying enhanced damages under 35 U.S.C. § 284.

### **COUNT VIII**

### (INFRINGEMENT OF U.S. PATENT NO. 10,604,023)

147.    BHT incorporates the preceding paragraphs herein by reference.

148.    This cause of action arises under the patent laws of the United States, and, in particular, 35 U.S.C. §§ 271, *et seq*.

149.    BHT is the owner of all substantial rights, title, and interest in and to the '023 Patent, including the right to exclude others and to enforce, sue, and recover damages for past, present, and future infringements.

150.    The '023 Patent is valid, enforceable, and was duly and legally issued by the United States Patent and Trademark Office on March 31, 2020, after full and fair examination.

***Direct Infringement (35 U.S.C. § 271(a))***

151.    Ford directly infringes one or more claims of the '023 Patent in this District and elsewhere in Texas and the United States.

152.    Ford directly infringes, either by itself or via its agent(s), at least claim 1 of the '023 Patent as set forth under 35 U.S.C. § 271(a) by making, using, selling, offering to sell, and/or importing Ford and Lincoln branded electric vehicles that incorporate the fundamental technologies covered by the '023 Patent, including, but not limited to, Ford and Lincoln branded vehicles (e.g., the 2025 Ford Mustang Mach-E) equipped with electric and/or hybrid-electric powertrain systems (collectively, "the '023 Accused Products").

153.    By way of illustration only, Ford's '023 Accused Products comprise each and every element of claim 1 of the '023 Patent. The '023 Accused Products comprise "[a] vehicle comprising: an energy storage device." For example, the '023 Accused Products, including the 2025 Ford Mustang Mach-E, are vehicles that include a high voltage battery (i.e., an energy storage device).



Source: https://www.ford.com/suvs/mach-e/

**WHAT IS THE HIGH VOLTAGE BATTERY**

The high voltage battery is a highly sophisticated lithium ion battery system, used to store electrified energy to power your vehicle.

Source: https://www.fordservicecontent.com/Ford_Content/Catalog/owner_information/2025_CX727_MachE_Owner_Manual_ENG_v1.pdf



Source: https://shop.ford.com/configure/mach-
e/config/paint/Config%5B%7CFord%7CMache%7C2025%7C1%7C1.%7C100A.K1R..PG1...~
DBAAA_VS-KX.RWD.18D.SEL.%5D?intcmp=vhp-seconNav-fbc

154.    The '023 Accused Products comprise a vehicle comprising "a first voltage converter coupleable to the energy storage device via a first switching device." For example, the '023 Accused Products include a buck DC-DC converter (i.e., a first voltage converter) to buck, i.e., decrease, the voltage supplied by the vehicle's high voltage battery to the vehicle's low voltage (12-V) system coupleable to the high voltage battery via a contactor (i.e., a first switching device) and a high voltage DC bus.

155.    The '023 Accused Products comprise a vehicle comprising "a traction drive coupleable to the first voltage converter, the traction drive comprising an inverter coupled to a traction motor." For example, the '023 Accused Products include a traction drive having an AC-DC inverter converter integrated in a control module (e.g., motor control unit (MCU) or vehicle control unit (VCU)) or as a separate module coupled to an electric motor, which is coupleable to the buck DC-DC converter (i.e. first voltage converter) via the high voltage DC bus.



Source: https://shop.ford.com/configure/mach-
e/config/paint/Config%5B%7CFord%7CMache%7C2025%7C1%7C1.%7C100A.K1R..PG1...~
DBAAA_VS-KX.RWD.18D.SEL.%5D?intcmp=vhp-seconNav-fbc

156.    The '023 Accused Products comprise a vehicle comprising "a charging system on-board the vehicle and coupleable to the energy storage device via a second switching device." For example, the '023 Accused Products utilize an on-board AC charging system coupleable to the high voltage battery via a relay/transistor/contactor in the AC charging subsystem (i.e., a second switching device).



Source:
https://www.fordservicecontent.com/Ford_Content/Catalog/owner_information/2025_CX727_M
achE_Owner_Manual_ENG_v1.pdf



Source: https://www.mdpi.com/2079-9292/12/20/4295

157.   The '023 Accused Products comprise a charging system comprising "a receptacle configured to mate with an external charging source." For example, the '023 Accused Products include a charging port (i.e., receptacle) configured to mate, i.e., connect, with an external charging source.



Source: https://www.ford.com/suvs/mach-e/electric/

## AC CHARGING

To charge the high voltage battery:

6. Plug the charge coupler into the charge port receptacle on your vehicle.

 

Source:

https://www.fordservicecontent.com/Ford_Content/Catalog/owner_information/2025_CX727_MachE_Owner_Manual_ENG_v1.pdf

### Home or On-the-Go: Ford Mobile Power Cord

If you have an average commute, charge overnight with the 240V charger. You can also charge anywhere there's a standard outlet with the 120V option.

- **Two Plug Options** (120V or 240V)
- **11.7 Hours to Charge from 0–100%** With 240V Plug, RWD, and Standard-Range Battery
- **22.2 Miles Charged Per Hour** with 240V Plug, RWD, and Standard Range Battery
- **20' Cable & Charge Coupler**

Source: https://www.ford.com/suvs/mach-e/electric/

158. The '023 Accused Products comprise a charging system comprising "a second voltage converter configured to boost an input voltage derived from the external charging source

to an intermediate voltage." For example, the '023 Accused Products include a DC boost converter in the AC charging subsystem (i.e., a second voltage converter) to boost, i.e., increase, an input voltage from the external charging source to an intermediate voltage.



Source: https://www.monolithicpower.com/learning/resources/designing-onboard-chargers-for-high-performance-and-power-density

159.    The '023 Accused Products comprise a charging system comprising "a third voltage converter configured to buck the intermediate voltage to an output voltage to charge the energy storage device." For example, the '023 Accused Products include a buck DC converter in the AC charging subsystem (i.e., a third voltage converter) to buck, i.e., decrease, the intermediate voltage to an output voltage for charging the high voltage battery.



Source: https://www.monolithicpower.com/learning/resources/designing-onboard-chargers-for-high-performance-and-power-density

***Indirect Infringement (Inducement – 35 U.S.C. § 271(b))***

95

160.    In addition and/or in the alternative to the direct infringements, Ford indirectly infringes one or more claims of the '023 Patent by knowingly and intentionally inducing others, including its customers and/or other end users, to directly infringe the '023 Patent (e.g., by charging or otherwise using '023 Accused Products).

161.    At a minimum, Ford has had knowledge of the '023 Patent at least since service of this Complaint. Ford also has knowledge of the '023 Patent since receiving detailed correspondence from BHT prior to the filing of the Complaint, alerting Ford to its infringements. Since receiving notice of its infringements, Ford has actively induced, and continues to actively induce, the direct infringements of its customers and/or other end users (e.g., as illustrated above) as set forth under U.S.C. § 271(b). Such inducements have been committed with the knowledge, or with willful blindness to the fact, that the acts induced constitute infringement of the '023 Patent. Indeed, Ford has intended to cause, continues to intend to cause, and has taken, and continues to take, affirmative steps to induce infringement by, among other things, creating and disseminating advertisements and instructive materials that promote the infringing use of the Accused Products, including marketing materials, user manuals (e.g., those available via https://www.ford.com/support/owner-manuals/), and online instructional materials (e.g., those available via https://www.youtube.com/user/ford) that specifically teach and encourage customers and other end users to use the '023 Accused Products in an infringing manner, including by providing instructions on how to charge and use the '023 Accused Products. By providing such instructions and support, Ford knows (and has known), or should know (and should have known), that its actions have actively induced, and continue to actively induce, infringement of the '023 Patent.

***Damages***

162.    BHT has been damaged as a result of Ford's infringing conduct described in this Count. Ford is, thus, liable to BHT in an amount that adequately compensates it for Ford's infringements, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

163.    Despite having knowledge of the '023 Patent and knowledge that it directly and/or indirectly infringes one or more claims of the '023 Patent, Ford has nevertheless continued its infringing conduct and disregarded an objectively high likelihood of infringement. Ford's infringing activities relative to the '023 Patent have, thus, been, and continue to be, willful, wanton, and deliberate in disregard of BHT's rights with respect to the '023 Patent, justifying enhanced damages under 35 U.S.C. § 284.

## CONCLUSION

164.    BHT is entitled to recover from Ford the damages sustained by BHT as a result of Ford's wrongful acts and willful infringements in an amount subject to proof at trial, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court.

165.    BHT has incurred and will incur attorneys' fees, costs, and expenses in the prosecution of this action. The circumstances of this dispute may give rise to an exceptional case within the meaning of 35 U.S.C. § 285, and, in such case, BHT is entitled to recover its reasonable and necessary attorneys' fees, costs, and expenses.

## JURY DEMAND

166.    BHT hereby requests a trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure.

## PRAYER FOR RELIEF

167.    BHT respectfully requests that the Court find in its favor and against Ford, and that the Court grant BHT the following relief:

(i)     Judgment that one or more claims of the Asserted Patents have been infringed, either literally and/or under the doctrine of equivalents, by Ford;

(ii)    Judgment that one or more claims of the Asserted Patents have been willfully infringed, either literally and/or under the doctrine of equivalents, by Ford;

(iii)   Judgment that Ford account for and pay to BHT all damages and costs incurred by BHT because of Ford's infringements and other conduct complained of herein, including an accounting for any sales or damages not presented at trial;

(iv)    Judgment that Ford account for and pay to BHT a reasonable, ongoing, post-judgment royalty because of Ford's infringements, including continuing infringing activities, and other conduct complained of herein;

(v)     Judgment that BHT be granted pre-judgment and post-judgment interest on the damages caused by Ford's infringements and other conduct complained of herein;

(vi)    Judgment that this case is exceptional under the provisions of 35 U.S.C. § 285 and award enhanced damages; and

(vii)   Such other and further relief as the Court deems just and equitable.

Dated: November 10, 2025

Respectfully submitted,

*/s/ Patrick J. Conroy*
**Patrick J. Conroy**
Texas Bar No. 24012448
**Ryan P. Griffin**
Texas Bar No. 24053687
**T. William Kennedy Jr.**
Texas Bar No. 24055771
**Jonathan H. Rastegar**
Texas Bar No. 24064043
**Nathan L. Levenson**
Texas Bar No. 24097992
**Brandon G. Moore**
Texas Bar No. 24082372
**NELSON BUMGARDNER CONROY PC**
2727 N. Harwood St., Suite 250
Dallas, TX 75201
pat@nelbum.com
ryan@nelbum.com
bill@nelbum.com
jon@nelbum.com
nathan@nelbum.com
brandon@nelbum.com

**Attorneys for Plaintiff Bunker Hill Technologies, LLC**